```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 15579
   KIZZIE L FRANKLIN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9742


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 11/28/2006 and was confirmed 03/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 11/05/2007.
------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID              PAID
------------------------------------------------------------------------
 DRIVE FINANCIAL SERVICES  SECURED VEHIC    13258.00           336.02           1527.41
 DRIVE FINANCIAL SERVICES  UNSECURED         1387.37              .00               .00
 INTERNAL REVENUE SERVICE  PRIORITY          9351.49              .00               .00
 SPRINT PCS                UNSECURED        NOT FILED             .00               .00
 US CELLULAR               UNSECURED        NOT FILED             .00               .00
 KMART                     UNSECURED        NOT FILED             .00               .00
 BALLYS                    UNSECURED        NOT FILED             .00               .00
 ASSET ACCEPTANCE LLC      UNSECURED          926.32              .00               .00
 BALLYS TOTAL FITNESS      UNSECURED        NOT FILED             .00               .00
 SPRINT PCS                UNSECURED        NOT FILED             .00               .00
 JEFFERSON CAPITAL SYSTEM  UNSECURED         1098.29              .00               .00
 CITY OF CHICAGO PARKING   UNSECURED         7625.00              .00               .00
 UNIVERSITY OF CHICAGO PH  UNSECURED        NOT FILED             .00               .00
 WOMENS WORKOUT WORLD      UNSECURED        NOT FILED             .00               .00
 SBC AMERITECH             UNSECURED        NOT FILED             .00               .00
 MICHAELS                  UNSECURED        NOT FILED             .00               .00
 MICHAELS                  UNSECURED        NOT FILED             .00               .00
 INTERNAL REVENUE SERVICE  UNSECURED         2014.30              .00               .00
 RJM ACQUISITIONS          UNSECURED          146.01              .00               .00
 RESURGENT CAPITAL SERVIC  UNSECURED           40.81              .00               .00
 ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,493.00                              1,240.50
 TOM VAUGHN                TRUSTEE                                                  206.07
 DEBTOR REFUND             REFUND                                                     .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE                   3,310.00

 PRIORITY                                           .00
 SECURED                                       1,527.41

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 15579 KIZZIE L FRANKLIN
```

```
     INTEREST                                              336.02
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,240.50
TRUSTEE COMPENSATION                                       206.07
DEBTOR REFUND                                                 .00
                                   ---------------   ---------------
TOTALS                                    3,310.00          3,310.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 02/26/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```